IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

LISA MURPHY                                                                            PLAINTIFF
ADC #760343

v.                            No: 3:20-cv-292-DPM-JTK

FAUST, Warden, McPherson Unit, ADC;
INMAN, Warden, McPherson Unit, ADC;
BARTON, Sergeant, McPherson Unit, ADC;
RUDD, Sergeant, McPherson Unit, ADC;
KIZER, Nurse;  BRADLY, Warden, McPherson
Unit, ADC;  FIELDS, Nurse;  HEARINGTON,
Warden, McPherson Unit, ADC;  MALONE, Major,
McPherson Unit, ADC;  LEWIS, Major, McPherson Unit,
ADC;  JOHNNY SWIFT, Captain, McPherson Unit, ADC;
HUFFMAN, Robinson; ROBINSON, Admin. Staff,
McPherson Unit, ADC;  HUGHES, Doctor;
HUTCHINSON, APN; STIEVE, Doctor;  ROREY
GRIFFIN, Dr.; MELISSA JAMES, Admin. Staff,
McPherson Unit, ADC;  and P. MALOTTE,
Sergeant, McPherson Unit, ADC                                                 DEFENDANTS

ORDER

1. The Court withdraws the reference.

2. Murphy hasn't paid the $400 filing and administrative fees or a complete *in forma pauperis* application; and the time to do so has passed. Doc. 3. Her complaint will therefore be dismissed without prejudice. LOCAL RULE 5.5(c)(2). An *in forma pauperis* appeal from

this Order and accompanying Judgment would not be taken in good faith.  28 U.S.C. § 1915(a)(3).

So Ordered.

*DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

16 November 2020