IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

LISA MURPHY                                                                 PLAINTIFF
ADC #760343

v.                                  No: 3:20-cv-292-DPM

FAUST, Warden, McPherson Unit, ADC;
INMAN, Warden, McPherson Unit, ADC;
BARTON, Sergeant, McPherson Unit, ADC;
RUDD, Sergeant, McPherson Unit, ADC;
KIZER, Nurse;   BRADLY, Warden, McPherson
Unit, ADC;   FIELDS, Nurse;   HEARINGTON,
Warden, McPherson Unit, ADC;   MALONE, Major,
McPherson Unit, ADC;   LEWIS, Major, McPherson Unit,
ADC;   JOHNNY SWIFT, Captain, McPherson Unit, ADC;
HUFFMAN, Robinson; ROBINSON, Admin. Staff,
McPherson Unit, ADC;   HUGHES, Doctor;
HUTCHINSON, APN; STIEVE, Doctor;   ROREY
GRIFFIN, Dr.; MELISSA JAMES, Admin. Staff,
McPherson Unit, ADC;   and P. MALOTTE,
Sergeant, McPherson Unit, ADC                                    DEFENDANTS

JUDGMENT

Murphy's complaint is be dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

16 November 2020